One year (50 issues) Payable in Advance.......$15.00
Single Numbers ................................. .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

NEW RULE, effective July 1, 1926—All delinquents for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ......................... $7.50

Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered and paid for together, net......................$18.00

June Semi annual Digest, Free to all paid Abstract Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary)
1926, net ................................... $3.00

To non subscribers to Abstract, net.............. $5.00

### THE LAW ABSTRACT COMPANY

Office Editorial Rooms and Library

13916 Euclid Avenue, Cleveland, O.

Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

## INCREASED NECESSITY OF THE TERNARY

During the recent court vacations, instances for use of the Ternary Digest for quick research into the status of current case law, have not, in general, been so numerous as they will be from now on. Yet, we have been receiving many assurances from its possessors of its helpfulness and value to them in their library work, in knowing that they were fortified by an up-to-date knowledge of the status of the law as it is today, upon any subject that could arise.

While a large majority of our readers now have the Digest, there are some lawyers and firms who have not ordered, that we believe need it, and we wish to remind them that we still have copies, and will be pleased to have their order.

(Continued from page 637)
#### No. 809

### TIMEN v. CLEVELAND (City)

No. 19986. Supreme Court

On motion to certify. Dock. July 16, 1926; 4 Abs. 493.

**656. INTERPLEADER**—Where a contract exists between two parties may one of said parties interplead a third party who asserts a claim on money owing under the contract?

This action was brought originally by Jack A. Timen in the Cuyahoga Common Pleas against the City of Cleveland et for an unpaid balance owing by the city under a conveyance of land.

It appears that Timen held a 99 year lease on said property and that the owner in fee claimed a portion of the consideration paid by the city, who interpleaded.

The Municipal Court allowed the interpleader and returned judgment in favor of Bingham which judgment was affirmed by the Court of Appeals.

Timen in the Supreme Court contends: that the court erred in permitting the city to interplead a third party and a stranger to the contract.

Attorneys—M. Singer for Timen; Garfield, McGregor & Baldwin for City et;

#### No. 810

### WEEDEN v. WEEDEN

No. 19985. Supreme Court

On motion to certify. Dock. July 16, 1926; 4 Abs. 493.

**413. DIVORCE AND ALIMONY**—May a Court of Appeals reverse the Common Pleas decree for divorce on the ground that said decree is against the weight of the evidence?

This suit was brought originally by Charles H. Weeden in the Franklin Common Pleas against Hariett W. Weeden for divorce.

The judgment of the Common Pleas granting the divorce to Charles H. Weeden was reversed by the Court of Appeals on the ground that the decree was contrary to the weight of the evidence.

Charles Weeden in the Supreme Court contends: that the Court of Appeals could not reverse a decree solely for the reason that the decree was contrary to the weight of evidence.

Attorneys—R. M. Hunter, and H. M. Bennett for Pltf; Maurice Kessler for Deft.; all of Columbus.